## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Marcus A. Nussbaum, Esq. (MN 9581)
3059 Brighton 7th Street, Fl. 1
Brooklyn, New York 11235
Tel: 201-956-7071
Fax: 347-572-0439
Attorney for Plaintiff
marcus.nussbaum@gmail.com

| | |
|---|---|
| RESEARCH, LLC,<br><br>*Plaintiff,*<br><br>– *vs.* –<br><br>HAMILTON FORM COMPANY, LTD.,<br><br>*Defendant.* | CIVIL ACTION NO. _____<br><br>**COMPLAINT** |

Plaintiff RESEARCH, LLC ("Plaintiff") by its undersigned attorney, Marcus A. Nussbaum, Esq., by and for its complaint against the defendant herein, states as follows:

### NATURE OF ACTION

1. This is an action in law for breach of contract and injunctive relief.

2. Plaintiff is in the business of construction and operates as a general contractor with a focus on building large warehouses for commercial use in various locations throughout the United States. Defendant is a manufacturer of custom steel forms for the precast, prestressed concrete industry. Plaintiff entered into an agreement to purchase a self-stressing beam form and related components from the defendant for use in plaintiff's business, and specifically for use in a precast plant.

1

3. As set forth in detail below, this action arises out of an unfortunate set of circumstances wherein the defendant was apparently the victim of an elaborate scheme that has recently come to be known as business email compromise.

4. Regrettably, and upon information and belief, defendant's email server was hacked, and its emails were intercepted by third-parties who then held themselves out to be the defendants. Using spoofed email addresses to make it appear as though they had originated from defendants these hackers then emailed plaintiff with an invoice for payment for the beam forms, together with photographs of the forms ready to be shipped. This invoice contained altered bank wire instructions, which plaintiff in the first instance attempted to confirm with defendant.

5. After confirming the bank information with defendant's staff both by email and by phone, plaintiff wired the sum of $95,675.60 to the bank account listed on defendant's invoice, only to be contacted subsequent thereto by the defendant's President and owner, who has explained that: a) any email plaintiff received that directed plaintiff to, or confirmed, a bank other than defendant's account at Chase did not originate from defendant; and b) the persons that plaintiff spoke with by phone who confirmed the altered wire instructions were not employees of the defendant.

6. Ultimately and based on allegedly not having received payment, defendant has refused to ship the remaining beam forms.

## THE PARTIES

7. Plaintiff RESEARCH, LLC is a Delaware Limited Liability corporation with its primary place of business at 1192 Gravesend Neck Road, Brooklyn, NY 11229.

8. Upon information and belief, Defendant HAMILTON FORM COMPANY, LTD., INC. ("Hamilton") is a Texas Limited Liability Corporation with its primary place of business at 7009 Midway Road Fort Worth, TX 76118.

## JURISDICTION AND VENUE

9. The District Court has jurisdiction over all counts of this complaint pursuant to 28 U.S.C. §1332 because the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs, and there exists diversity of citizenship in that Plaintiff and Defendant are citizens of different states.

10. This Court also has supplemental jurisdiction over strictly state law causes of action pursuant to 28 U.S.C.S. § 1367 as such claims are also related to the claims in this action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

11. This Court has personal jurisdiction over the all of the defendant because they reside in or transact business in this District.

12. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, in this District.

## FACTS COMMON TO ALL PARTIES

13. On or about June 22, 2022 plaintiff entered into an agreement with defendant whereby plaintiff would purchase a self-stressing beam form and related components for the total sum of $185,000.00 (the "Agreement").

14. Pursuant to the Agreement, plaintiff was obligated to pay a 50% down payment at the time of placing its order with defendant and 50% plus freight prior to shipment of the goods.

15. On June 22, 2022, Mr. Alex Rozengaus of Research, LLC received, via email, a payment invoice for the 50% down payment, together with wire instructions directing plaintiff to wire the down payment to defendant's bank account with Chase Bank. That email was sent to Mr. Rozengaus from David Green, Assistant Controller at Hamilton Form Company, Ltd. with

3

Case 3:23-cv-00083-E   Document 1   Filed 01/12/23   Page 4 of 7   PageID 4

an email address of DavidGreen@hamiltonform.com with a copy to Kathy Taylor at Hamilton at Kathyp@hamiltonform.com.

16. On or about July 14, 2022, plaintiff wired the sum of $88,810.00 which included the 50% down payment plus sales tax to defendant's account with Chase Bank, without incident.

17. On October 7, 2022, Mr. Rozengaus received an email from David Green, Assistant Controller from Hamilton forms, that the forms are ready to ship. Said email had an attached invoice for final payment.

18. On October 7, 2022, Mr. Rozengaus requested that Mr. Green confirm that the product is ready to ship, specifically asking Mr. Green to send plaintiff pictures of the product.

19. On October 7, 2022 Mr. Rozengaus then received an email from Mr. Green with photos of the form and which also attached an invoice with wiring instructions to send final payment to defendant's account at PNC Bank.

20. After noticing that the October 7, 2022 invoice had different wiring instructions from the last payment invoice for the down payment in July, Mr. Rozengaus called defendant's office but could not reach Kathy Taylor by phone, so he then emailed her to clarify if the banking information had been updated to PNC Bank.

21. On October 7, 2022, Mr. Rozengaus received confirmation from Kathy Taylor that the banking information had been updated to PNC Bank, and subsequently wired the sum of $95,675.60 to the account listed on the October 7, 2022.

22. On October 12, 2022, Mr. Rozengaus received an email from Kathy Taylor saying Hamilton was having a problem with its account at PNC and needed him to contact the bank. Mr. Rozengaus emailed Ms. Taylor that the wire could not be reversed and that she needs to speak to defendant's bank.

4

23. On October 13, 2022 Mr. Rozengaus spoke with Ms. Taylor by phone, and she confirmed that the issue was with defendant's bank and that she would speak to the bank and get back to him.

24. After attempting to follow up with Ms. Taylor, Mr. Rozengaus spoke with David Green who advised him that defendant did not receive the second wire sent by plaintiff and that Mr. Green did not email Mr. Rozengaus any invoices.

25. On October 28, 2022 Mr. Rozengaus received a phone call from defendant's IT support, J.R. Winzen System Concepts, Inc., and Mr. Rozengaus provided all of the details and email exchanges with Hamilton. During the conversation with J.R., he informed Mr. Rozengaus that the emails were hacked or "spoofed" and that he will do an investigation and report back to Hamilton.

26. After discussing the matter with defendant's President and owner, plaintiff was advised that: a) any email plaintiff received that directed plaintiff to, or confirmed, a bank other than defendant's account at Chase did not originate from defendant; and b) the persons that plaintiff spoke with by phone who confirmed the altered wire instructions were not employees of the defendant.

27. Ultimately and based on allegedly not having received payment, defendant has refused to ship the remaining beam forms.

## COUNT I
## (INJUNCTIVE RELIEF)

28. Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if set forth at length herein.

29. Plaintiff seeks injunctive relief in the form of an order and/or decree directing that defendant immediately deliver the forms and related materials during the pendency of this action.

30. Defendants' conduct threatens immediate and irreparable harm to Plaintiff's business operations, ability to continue construction, pay employees and maintain a via business, and harm to plaintiff's business reputation and goodwill for which no adequate remedy at law exists.

## COUNT II
## (BREACH OF CONTRACT)

31. Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if set forth at length herein.

32. As set forth herein, plaintiff has paid for the forms in full and defendant has refused to deliver the forms as required by the parties Agreement.

33. By reason of the aforesaid, Defendant has breached its contract with Plaintiff for the sale and delivery of the beam forms.

34. As a direct and proximate cause of the foregoing, Plaintiffs have suffered significant losses in excess of $185,000.00.

## RELIEF REQUESTED

By reason of the aforesaid, Plaintiff seeks the following:

(a) An award of actual damages in excess of $185,000.00 as against Defendant;

(b) Injunctive relief as needed to maintain the status quo and directing that defendant immediately deliver the forms and related materials during the pendency of this action; and

(f) Such other relief as may be deemed just and equitable.

Dated: January 12, 2023
      Brooklyn, New York

                                         /s/  Marcus Aurelius Nussbaum
                                         Marcus A. Nussbaum, Esq. (MN 9581)
                                         3059 Brighton 7th Street, Fl. 1
                                         Brooklyn, New York 11235
                                         Tel: 201-956-7071
                                         Fax: 347-572-0439
                                         Attorney for Plaintiff
                                         marcus.nussbaum@gmail.com